UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HOOSIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10cv1316 TCM |
| ) | |
| UNIVERSITY CITY POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon its own motion. Plaintiff, a prisoner, has submitted a motion to proceed in forma pauperis; however, he has failed to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). As a result, the Court will order Plaintiff to submit a certified copy of his prison account statement within thirty days of the date of this Order. If Plaintiff fails to comply with this Order, this action *will* be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 19th day of August, 2010.

/s/Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE